opinion filed December 13, 1948; released for publication December 27, 1948. Clarence S. Piggott, for appellants; Mayer Goldberg and Leonard L. Levin, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full.

In re Estate of Howard B. Jackson, Deceased.
Vernon R. Loucks, Appellee, v. Suzanne Jackson and Audrey Jackson, Appellants.

Gen. No. 44,372.

opinion filed December 15, 1948; released for publication January 5, 1949. Yowell, Thorpe, Schneberger & Kelly, for appellants; John J. Yowell and James A. Weck, of counsel; James D. Peterson, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.